**Opinion issued October 15, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00839-CR

———————————

## IN RE CALIXTO GARCIA, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Calixto Garcia, has filed a petition for writ of mandamus requesting that we compel the trial court to set, hear, and rule on his motion requesting correction of alleged clerical errors in his final judgment of conviction.[1] We **deny** the petition.

---

[1]     The underlying case is *State v. Garcia*, cause number 1046395 in the 230th District Court of Harris County, Texas, the Honorable Belinda Hill presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).